UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MARCO VINICIO ORTIZ,

    Plaintiff,

v.                                             CASE NO. 2:10-CV-279-FtM-36DNF

MCDONALDS RESTAURANT
CORPORATION,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on June 8, 2010 (Dkt. 10), recommending that the Court deny Plaintiff's Motion for Leave to Proceed In Forma Pauperis[1] and dismiss the action. Plaintiff did not file an objection to the Report and Recommendation, and the time for filing such an objection has expired.

After carefully considering Plaintiff's Complaint (Dkt. 1), Plaintiff's Affidavits to Proceed In Forma Pauperis (Dkt. 2, 9), and Magistrate Judge Frazier's Report and Recommendation, and undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes that Magistrate Judge Frazier's Report and Recommendation should be confirmed and accepted.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

---

[1] Plaintiff submitted Affidavits of Indigency (Dkt. 2, 9), which were construed as a Motion for Leave to Proceed In Forma Pauperis.

1. The Report and Recommendation of the Magistrate Judge (Dkt. 10) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 2) is **DENIED**.

3. This action is **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions, enter judgment accordingly and close the file.

**DONE AND ORDERED** at Ft. Myers, Florida, on June 23, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Douglas N. Frazier
Counsel of Record and Unrepresented Party